### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

| | |
|---|---|
| WILLIAM SHERLACH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALEX EMRIC JONES; INFOWARS, LLC; )<br>FREE SPEECH SYSTEMS, LLC; )<br>INFOWARS HEALTH, LLC; PRISON )<br>PLANET TV, LLC; WOLFGANG )<br>HALBIG; CORY T. SKLANKA; GENESIS )<br>COMMUNICATIONS NETWORK, INC.; )<br>and MIDAS RESOURCES, INC., )<br>)<br>Defendants. ) | ADV. PROC. NO. 22-05005 |

### AFFIDAVIT OF ROBERT J. SHANNON IN SUPPORT OF
### MOTION FOR VISITING ATTORNEY ADMISSION

Pursuant to Local Civil Rule 83.1(d)(1) of the United States District Court for the District of Connecticut, applied in this Court by Local Bankruptcy Rule 9083-1, I aver the following statements under penalty of perjury in support of the accompanying Motion for Visiting Attorney Admission of Robert J. Shannon filed on my behalf by Cameron L. Atkinson:

1. I am over the age of 18 and understand the meaning of an oath.

2. I am an associate at Parkins Lee & Rubio LLP and am counsel for the Debtors.

3. My contact information is as follows:

> Robert J. Shannon
> Parkins Lee & Rubio LLP
> 700 Milam Street STE 1300
> Houston, TX 77002
> Tel.: 713-715-1664
> Fax: 713-715-1699
> Email: rshannon@parkinslee.com

4. I am currently admitted to practice in the following courts:

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar/Court |
|---|---|---|---|
| Maryland Court of Appeals | 1406170261 | 06/17/2014 | Active |
| Texas State Bar | 24108062 | 05/10/2018 | Active |
| U.S. District Court for the District of Colorado | N/A | 02/08/2018 | Active |
| U.S. District Court for the Northern District of Texas | N/A | 04/13/2018 | Active |
| U.S. District Court for the Southern District of Texas | 3192614 | 04/16/2018 | Active |
| U.S. District Court for the Eastern District of Texas | N/A | 02/15/2018 | Active |
| U.S. District Court for the Western District of Texas | N/A | 04/16/2018 | Active |
| U.S. Court of Appeals for the Fifth Circuit | N/A | 04/13/2018 | Active |

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to

2

practice before the U.S. District Court for the District of Connecticut or any other court while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil and Bankruptcy Procedure, the Local Rules for the U.S. District Court for the District of Connecticut, the Local Rules of this Court, and the Connecticut Rules of Professional Conduct.

8. I designate Attorney Cameron L. Atkinson as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Robert J. Shannon

Subscribed and sworn to before me, this 26th day of April 2022.

RETISHA SWEARINGTON
Notary Public, State of Texas
Comm. Expires 09-02-2024
Notary ID 128986659

_____
Notary Public of the State of Texas

3