**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; AND WILLIAM ALDENBERG, | ) ) ) ) ) ) ) ) ) ) | ADV. PROC. NO. 22-05004  May 3, 2022 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## <u>OBJECTION AND NOTICE OF INTENTION TO FILE A MORE PARTICULAR RESPONSE TO THE NOTICE OF VOLUNTARY DISMISSAL BY THE PLAINTIFFS</u>

Defendants InfoW, LLC (f/k/a Infowars, LLC), IWHealth, LLC (f/k/a Infowars Health, LLC), and Prison Planet TV, LLC (the "<u>Debtors</u>"), hereby file this Notice of Objection and Notice of Intention To File A More Particular Response to the Plaintiffs' notice of voluntary dismissal, as follows:

1. Debtors, as Defendants in this Adversary Proceeding, deny that a dismissal pursuant to Rule 9041 is proper and is not an automatic dismissal binding on this Court.

1

2.  Debtors, as Defendants in this Adversary Proceeding, intend to file a more particular response containing the factual and legal bases for this objection promperntly and request an opportunity, on notice to all parties, to present this objection to the Court for consideration.

3.  Significant and unnecessary costs and expenses will be incurred, as well as significant confusion regarding the Court's otherwise unquestionable jurisdiction over these Debtors as Defendants in the removed Adversary Proceding if the Plaintiffs, without this Court's order or guidance, attempt to invoke the jursidction of the state court notwithstanding all of the pending matters before the Court and those pending in the "home" Court in Texas.

Thus, the Debtors respectfully request the above relief and an opportunity to be heard on the Plaintiffs' pleadings, and for such other and further relief to which the Debtors may be justly entitled at law and in equity.

Date: May 3, 2022                    Respectfully Submitted,

**DEFENDANTS AND DEBTORS, INFOW, LLC**
**IWHEALTH, LLC PRISON PLANET, LLC**

By: /s/ Cameron L. Atkinson /s/
Cameron L. Atkinson (ct31219)
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
V: 203-393-3017
F: 203-393-9745
catkinson@pattisandsmith.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date of filing, a true and correct copy of the foregoing document was served by U.S.P.S. and, where indicated, email on the following parties:

Attn: Eric Goldstein, Jessica M. Signor
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06013
egoldstein@goodwin.com
jsignor@goodwin.com

Attn: Alinor C. Sterlin, Christopher Mattei,
Matthew Blumenthal
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
asterling@koskoff.com
cmattei@koskoff.com
mblumenthal@koskoff.com

Attn: Kyung Lee, R. J. Shannon
Parkins Lee & Rubio LLP
700 Milam Street STE 1300
klee@parkinslee.com
rjshannon@parkinslee.com

Attn: Eric Henzy
Zeisler & Zeisler P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
ehenzy@zeislaw.com

Attn: Mario Kenneth Cerame
Brignole & Bush LLC
73 Wasworth Street
Hartford, CT 06106
mcerame@brignole.com

Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401
sjordan@jhwclaw.com

Attn: Ray Bataglia
Law Office of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX
rbattaglialaw@outlook.com

Genesis Communications Network, Inc.
Attn. Officer, Managing Agent or Agent
for Service
190 Cobblestone Lane
Burnsville, MN 55337

*/s/Cameron L. Atkinson*

Cameron L. Atkinson